IN THE SUPREME COURT OF THE STATE OF DELAWARE

CHENMOU WU,                 §
                                    § No. 422, 2022
      Plaintiff Below,        §
      Appellant,              § Court Below–Superior Court
                                    § of the State of Delaware
    v.                              §
                                    § C.A. No. N21C-07-045
DELAWARE TECHNICAL       §
COMMUNITY COLLEGE,      §
                                    §
      Defendant Below,     §
      Appellee.             §

Submitted:    May 12, 2023
Decided:      July 11, 2023

Before **SEITZ**, Chief Justice; **VALIHURA** and **TRAYNOR**, Justices.

## ORDER

After consideration of the parties' briefs and the Superior Court record, we find it evident that the judgment below should be affirmed on the basis of and for the reasons assigned by the Superior Court in its October 20, 2022 memorandum opinion granting the defendant's motion to dismiss.[1]

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Superior Court be AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice

---

[1] *Wu v. Del. Tech. Cmty. Coll.*, 2022 WL 11584092 (Del. Super. Ct. Oct. 20, 2022).